| | | | |
|---|---|---|---|
| Com. v. Sattazahn .. | 08/02/2016161 MAL (2016) | Denied | Pa.Super., 128 A.3d 291 |
| Com. v. Scott [41] .... | 07/27/2016256 MAL (2016) | Denied | Pa.Super., 44 A.3d 199 |
| Com. v. Serrano [42] .. | 07/26/2016253 MAL (2016) | Denied | Pa.Super., 144 A.3d 198 |
| Com. v. Shick ...... | 07/19/2016100 WAL (2016) | Denied | Pa.Super., 136 A.3d 1033 |
| Com. v. Slaughter .. | 07/19/2016100 EAL (2016) | Denied | Pa.Super., 136 A.3d 1037 |
| Com. v. Smith...... | 08/04/2016238 MAL (2016) | Denied | Pa.Super., 87 A.3d 375 |
| Com. v. Snipes [43] ... | 08/02/2016134 EAL (2016) | Denied | Pa.Super., 144 A.3d 194 |
| Com. v. Snowden [44] | 07/26/2016289 MAL (2016) | Denied | Pa.Super., 144 A.3d 210 |
| Com. v. Szekeres [45] | 07/27/201631 MAL (2016) | Denied | Pa.Super., 135 A.3d 660 |
| Com. v. Thompson | 08/08/2016270 MAL (2016) | Denied | Pa.Super., 145 A.3d 770 |
| Com. v. Tricome.... | 07/19/2016186 MAL (2016) | Denied | Pa.Super., 141 A.3d 588 |
| Com. v. Vasquez.... | 07/19/2016121 WAL (2016) | Denied | Pa.Super., 141 A.3d 601 |

**41.** Justice MUNDY did not participate in the consideration or decision of this matter.

**42.** Justice MUNDY did not participate in the consideration or decision of this matter.

**43.** Justice MUNDY did not participate in the consideration or decision of this matter.

**44.** Justice MUNDY did not participate in the consideration or decision of this matter.

**45.** Justices WECHT and MUNDY did not participate in the consideration or decision of this matter.